

# Fourth Court of Appeals
## San Antonio, Texas

October 27, 2014

No. 04-14-00738-CR

**IN RE** Jerome **JORDAN**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Justice
               Marialyn Barnard, Justice
               Luz Elena D. Chapa, Justice

On October 22, 2014, relator filed a pro se petition for writ of mandamus. The court has considered relator's petition and is of the opinion that relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is DENIED. *See* TEX. R. APP. P. 52.8(a). The court's opinion will issue at a later date.

It is so **ORDERED** on October 27th, 2014.

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2013CR7589, styled *The State of Texas v. Jerome Jordan*, pending in the 227th Judicial District Court, Bexar County, Texas, the Honorable Philip A. Kazen Jr. presiding.